# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of April, two thousand twenty-six,

| | |
|---|---|
| Rasmane Sankara, | **ORDER** |
| Petitioner, | Docket No. 26-112 |
| v. | |
| Todd Blanche, Acting United States Attorney General, | |
| Respondent. | |

By order dated March 12, 2026, the Court tolled the proceedings within this case for a period of 90 days so that the Petitioner and the Government could determine whether remand of this case to the Board of Immigration Appeals (BIA) was warranted.

By letter dated April 09, 2026, Respondent, informed the Court of its intention to cancel the tolling period and resume proceedings in this Court.

Effective April 14, 2026, the tolling period was canceled, and the time for the next scheduled event in the case has begun to run.

A motion to extend the tolling or any other time period is disfavored and subject to the extraordinary circumstance standard. See Local Rule 27.1(f)(1).

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

